889 A.2d 1065

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JAMIL YASIN, DEFENDANT–PETITIONER.

December 19, 2005.

ORDERED that the petition for certification is granted, limited solely to the issue of defendant's sentence, and in respect of that issue the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).